# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 05, 2016

Mr. Brent W. Procida
Venable, L.L.P.
750 E. Pratt Street
Suite 900
Baltimore, MD 21202

    No. 16-11167    Wells Fargo Bank, N.A. v. Transcontinental Realty Invstr
                         USDC No. 3:14-CV-3565

Dear Mr. Procida,

The following pertains to your brief electronically filed on 10/4/16.

You must submit the 7 paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

You must file electronically the Record Excerpts within 14 days, as required by FED R. APP. P. 30, 5TH CIR. R. 30.1 and FED R. APP. P. 25(a)(2)(D).

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Melissa V. Mattingly, Deputy Clerk
                    504-310-7719

cc:
    Mr. Gregory Alan Cross
    Ms. Susan Beth Hersh
    Mr. Steven Dominic Sanfelippo
    Mr. Charles Gregory Shamoun