No. 16-11167

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2001-C1, BY AND THROUGH ITS SPECIAL SERVICER, CWCAPITAL ASSET MANAGEMENT LLC,**

APPELLANT,

v.

**TRANSCONTINENTAL REALTY INVESTORS, INC.,**

APPELLEE.

**JOINT MOTION TO DISMISS APPEAL**

| | |
|---|---|
| STEVEN DOMINIC SANFELIPPO<br>CUNNINGHAM SWAIM, LLP<br>7557 RAMBLER ROAD, SUITE 400<br>DALLAS, TEXAS 75231<br>TELEPHONE: (214) 646-1495<br>FAX: (214-613-1163<br><br><br>ATTORNEY FOR APPELLEE | GREGORY A. CROSS<br>BRENT W. PROCIDA<br>VENABLE LLP<br>750 E. PRATT STREET<br>SUITE 900<br>BALTIMORE, MARYLAND 21202<br>TELEPHONE: (410) 244-7400<br>FAX: (410) 244-7742<br><br>ATTORNEYS FOR APPELLANT |

# JOINT MOTION TO DISMISS APPEAL

Appellant and Appellee, jointly and by and through their undersigned counsel, hereby respectfully file this Motion to Dismiss Appeal Pursuant to Federal Rule of Appellate Procedure 42(b) and in support state as follows:

1. With the assistance of Chief Circuit Mediator Vikram Chandhok the parties have agreed to a settlement resolving all outstanding disputes between them, including the matters at issue in this Appeal.

2. All conditions precedent of the settlement have been met and as a result the parties now seek to terminate this Appeal without further delay or expense, with each party to bear their own costs.

WHEREFORE, Appellant and Appellee hereby jointly request dismissal of this Appeal with prejudice.

RESPECTFULLY SUBMITTED this 30th day of November, 2016.

| /s/ | /s/ |
|---|---|
| STEVEN DOMINIC SANFELIPPO<br>CUNNINGHAM SWAIM, LLP<br>7557 RAMBLER ROAD, SUITE 400<br>DALLAS, TEXAS 75231<br>TELEPHONE: (214) 646-1495<br>FAX: (214-613-1163<br>ATTORNEY FOR APPELLEE | GREGORY A. CROSS<br>BRENT W. PROCIDA<br>VENABLE LLP<br>750 E. PRATT STREET<br>SUITE 900<br>BALTIMORE, MARYLAND 21202<br>TELEPHONE: (410) 244-7400<br>FAX: (410) 244-7742<br>ATTORNIES FOR APPELLANT |

# **CERTIFICATE OF SERVICE**

I, Brent W. Procida, do hereby certify that I electronically filed the foregoing with the clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record:

    Steven Dominic Sanfelippo
    Cunningham Swaim, LLP
    7557 Rambler Road, Suite 400
    Dallas, Texas 75231
    ssanfelippo@cunninghamswaim.com

    Jonathan J. Cunningham
    Shamoun & Norman, LLP
    1800 Valley View Lane, Suite 200
    Farmers Branch, Texas 75234
    jjc@ snlegal.com

This, the 30th day of November 2016.

                                      /s/ Brent W. Procida
                                      Brent W. Procida